# United States Bankruptcy Court
## of the
### Northern District Of Illinois
### Western Division

Trustee's Final Report

In Re:   SILVESTER RODRIGUEZ & NOMIE RODRIGUEZ              Case Number: 05-74099
5121 E. STATE STREET, BLDG. B#111        SSN-xxx-xx-5632 & xxx-xx-9437
ROCKFORD, IL  61108

|  |  |
|---|---|
| Case filed on: | 8/12/2005 |
| Plan Confirmed on: | 11/18/2005 |

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $39,840.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  |  |  |  |  |  |
| 204 | FORD MOTOR CREDIT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 008 | INTERNAL REVENUE SERVICE | 4,642.61 | 4,642.61 | 4,642.61 | 222.58 |
| 009 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 4,642.61 | 4,642.61 | 4,642.61 | 222.58 |
|  |  |  |  |  |  |
| 999 | SILVESTER RODRIGUEZ | 0.00 | 0.00 | 2,252.30 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 2,252.30 | 0.00 |
|  |  |  |  |  |  |
| 002 | ECAST SETTLEMENT CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | WELTMAN, WEINBERT & REIS, CO. | 300.00 | 300.00 | 300.00 | 19.16 |
| 004 | FORD MOTOR CREDIT CORP | 4,250.00 | 4,250.00 | 4,250.00 | 390.40 |
| 005 | HANNOU JEWELRY | 200.00 | 200.00 | 200.00 | 13.21 |
| 006 | MAZDA AMERICAN CREDIT | 8,350.00 | 8,350.00 | 8,350.00 | 767.07 |
| 007 | WELLS FARGO FINANCIAL | 5,818.75 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 18,918.75 | 13,100.00 | 13,100.00 | 1,189.84 |
|  |  |  |  |  |  |
| 001 | REAL TIME RESOLUTIONS, INC. | 58,532.87 | 0.00 | 0.00 | 0.00 |
| 002 | ECAST SETTLEMENT CORPORATION | 556.97 | 556.97 | 556.97 | 42.49 |
| 003 | WELTMAN, WEINBERT & REIS, CO. | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | FORD MOTOR CREDIT CORP | 60.13 | 60.13 | 60.13 | 1.78 |
| 005 | HANNOU JEWELRY | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | MAZDA AMERICAN CREDIT | 311.75 | 311.75 | 311.75 | 24.97 |
| 008 | INTERNAL REVENUE SERVICE | 397.58 | 397.58 | 397.58 | 31.92 |
| 010 | CREDITORS BANKRUPTCY SERVICE | 5,045.71 | 5,045.71 | 5,045.71 | 404.03 |
| 011 | ASPIRE VISA | 1,402.34 | 1,402.34 | 1,402.34 | 112.20 |
| 012 | ECAST SETTLEMENT CORPORATION | 849.73 | 849.73 | 849.73 | 68.71 |
| 013 | JC PENNEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ECAST SETTLEMENT CORPORATION | 1,140.29 | 1,140.29 | 1,140.29 | 92.11 |
| 015 | WORLD FINANCIAL NETWORK NATIONAL BANK | 320.24 | 320.24 | 320.24 | 25.68 |
| 016 | CREDITORS BANKRUPTCY SERVICE | 297.10 | 297.10 | 297.10 | 23.80 |
| 017 | ECAST SETTLEMENT CORPORATION | 430.58 | 430.58 | 430.58 | 34.12 |
| 018 | LVNV FUNDING LLC | 669.53 | 669.53 | 669.53 | 53.65 |
| 019 | SHELL OIL | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | ROUNDUP FUNDING LLC | 140.55 | 140.55 | 140.55 | 3.86 |
| 021 | ROUNDUP FUNDING LLC | 405.56 | 405.56 | 405.56 | 32.43 |
| 022 | THE JONE STONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | VISA | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | ECAST SETTLEMENT CORPORATION | 302.44 | 302.44 | 302.44 | 24.89 |
| 025 | JERON SLATER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 70,863.37 | 12,330.50 | 12,330.50 | 976.64 |
|  |  |  |  |  |  |
|  | Grand Total: | 97,124.73 | 32,773.11 | 35,025.41 | 2,389.06 |

| | |
|---|---|
| Total Paid Claimant: | $37,414.47 |
| Trustee Allowance: | $2,425.53 |
| Percent Paid Unsecured: | 100.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL   on 01/23/2009                    By  /s/Heather M. Fagan